

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2018

No. 04-18-00383-CV

**IN THE INTEREST OF M.A.L.R., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01819
The Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief was filed on August 1, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court